■ PEOPLE v JASON BAXTER, Also Known as DAVID WILLIAMS. [693 NYS2d 435] —Motion for reargument granted, and upon reargument, defendant's appeal reinstated, and leave to prosecute same as a poor person granted, all as indicated. Concur—Rosenberger, J. P., Williams, Tom and Saxe, JJ.

■ In the Matter of DAVID N. BROCKETT (Admitted as DAVID NELSON BROCKETT), a Disbarred Attorney. [699 NYS2d 669] —Motion granted, the Referee's Report and the Hearing Panel's Determination confirmed, petitioner's default vacated, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof, as indicated. No opinion. Concur—Sullivan, J. P., Rosenberger, Williams, Tom and Buckley, JJ.